## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MCKAY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 14cv256-MMA (MDD)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>[Doc. No. 30] |

On January 10, 2018, Plaintiff Samuel McKay and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-entitled action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 30 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: January 10, 2018

　　　　　　　　　　　　　　　　　　*Michael M. Anello*
　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　United States District Judge